IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUL - 9 20(

CLERK, U.S. DISTRICT ...
By _____
Deputy

| | |
|---|---|
| ROBBYE HISEY, AS ADMINISTRATOR OF THE ESTATE OF HANNAH BENAVIDES, DECEASED, and HEATHER BENAVIDES, INDIVIDUALLY | ) ) ) ) ) |
| Plaintiffs, | ) |
| | ) |
| VS. | ) ) |
| FISHER-PRICE, INC., STORK CRAFT MANUFACTURING, INC., And KOLCRAFT ENTERPRISES, INC. | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.: 1-03CV-080

## APPENDIX TO DEFENDANTS FISHER-PRICE, INC., AND STORK CRAFT MANUFACTURING, INC.'S BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE

Respectfully Submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____

Randy A. Nelson
State Bar No. 14904800
George N. Wilson, III
State Bar No. 24003183

700 North Pearl St., 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

ATTORNEYS FOR DEFENDANTS FISHER-PRICE, INC. AND STORK CRAFT MANUFACTURING, INC.

**APPENDIX TO DEFENDANTS FISHER-PRICE, INC., AND STORK CRAFT MANUFACTURING, INC.'S
BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**
Doc ID WILST-842070
0428-0361

Page 1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was forwarded via certified mail, return receipt requested:

Edward M. Swartz
James A. Swartz
Jason Mark
Swartz & Swartz
Ten Marshall Street
Boston, MA  02108
*Attorneys for Plaintiffs*

And by regular mail to:

David Bakutis
Bakutis, McCully & Sawyer, PC
210 West Sixth Street, Suite 702
Ft. Worth, Texas  76102
*Attorney for Plaintiffs*

Stephen W. Drinnon
Elizabeth A. Mitchell
Brown McCarroll, L.L.P.
2000 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
*Attorneys for Defendant,*
*Kolcraft Enterprises, Inc.*

on the ___9___ day of ____July____, 2004

_____
George N. Wilson, III

## APPENDIX TABLE OF CONTENTS

| Tab | Description | Pages |
|-----|-------------|-------|
| A | Fisher-Price Crib Warnings and Assembly Instructions | 4 |
| B | Affidavit of Joe Benavides | 5 |
| C | Excerpts from Oral Deposition of Shelley Waters Deppa | 6-48 |
| D | Cosco Crib Instructions | 49-52 |

**APPENDIX TO DEFENDANTS FISHER-PRICE, INC., AND STORK CRAFT MANUFACTURING, INC.'S BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**                    **Page 3**

Doc ID WILST-842070
0428-0361

EXHIBIT " __A__ "

not Scanned —
too large

EXHIBIT "__B__"

My name is Joe Benavides. I am over 18 years of age, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated in this Affidavit, and they are true and correct.

I assembled the crib for Hannah Benavides. To assemble the crib, I followed the assembly instructions. I did not find the instructions to be difficult to follow or confusing. After I assembled the crib, I did not notice any problems with the crib. All of the pieces fit together, and the pieces were secure, none of the pieces were loose, and the crib worked like it was supposed to. When I subsequently used the crib. I did not notice any problems with the crib, or how it worked.

Page 5

#0100.3613

ZUDA RUSSELL
Bryan County
Notary Public in and for
State of Oklahoma
My commission expires 5-26-05

Signed before me this 20th day of April, 2004, by Joe Benavides.

Zuda Russell, Notary Public

Joe Benavides
JOE BENAVIDES
4/20/04

**Exhibit "_____"**

1

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROBBYE HISEY, AS | : |
| ADMINISTRATOR OF THE ESTATE | : |
| OF HANNAH BENAVIDES, DECEASED, | : |
| and HEATHER BENAVIDES, | : |
| INDIVIDUALLY | : |
| | : |
| Plaintiffs | : |
| | : |
| vs. | : Civil Action No. |
| | : 1-03CV-080 |
| FISHER-PRICE, INC. | : |
| STORK CRAFT MANUFACTURING, | : |
| INC., and KOLCRAFT | : |
| ENTERPRISE, INC. | : |
| | : |
| Defendants | : |

ORIGINAL

                              May 21, 2004
                              Rockville, Maryland

Deposition of:

        SHELLEY WATERS DEPPA, CHFP,

called for examination by counsel for the Defendants;

pursuant to Notice, taken at the office of Whitman

Reporting Services, Inc., 966 Hungerford Drive, Suite

32B, Rockville, Maryland  20850, before Roberta A.

Dolos, RPR, Notary Public in and for the State of

Maryland, commencing at 8:40 a.m., when were present

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 6

1    on behalf of the respective parties:

2    For The Plaintiffs:

3         JASON A. MARK, ESQUIRE

4         Swartz & Swartz,

5         Ten Marshall Street,

6         Boston, Massachusetts   02108

7         (617) 742-1900

8

9    For The Defendants:

10        RANDY A. NELSON, ESQUIRE

11        Thompson, Coe, Cousins & Irons, LLP

12        700 North Pearl Street, 25th Floor

13        Dallas, Texas   75201

14        (214) 871-8200

15

16

17   ALSO PRESENT:

18        John Preston, P.E.

19        Bill Foster, Videographer

20

21

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland   20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 7

1        Q.     There were a couple of other documents in

2    your file that I'm not going to identify.  One is a

3    letter from Jason Mark, providing you with the copy

4    of the notice for your deposition, and the other is a

5    copy of the confidentiality agreement; correct?

6        A.     Yes.

7        Q.     Now, have we identified all the materials

8    that you brought with you today to the deposition?

9        A.     Yes.

10        Q.     What is your business or profession?

11        A.     I'm a human factors psychologist.

12        Q.     What is a human factors psychologist?

13        A.     A human factors psychologist is a

14    psychologist that practices in the area of human

15    factors, which is relating the person's capabilities

16    and limitations to, in this case, the product design.

17        Q.     What formal education have you had to

18    prepare you to be a human factors psychologist?

19        A.     I have a degree in psychology.

20        Q.     You obtained that when?

21        A.     1976.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 8**

1    psychology; correct?

2        A.    There is now.

3        Q.    At the time that you obtained your degree,

4    there were not such courses; is that correct?

5        A.    Not that I know of.

6        Q.    You didn't take any?

7        A.    No.

8        Q.    And there is, in fact, a specific degree

9    that one can obtain in human factors psychology at

10   the present time; correct?

11       A.    Yes.   I'm not sure if it is called human

12   factors.   Sometimes its called human factors

13   psychology, sometimes it might be called human

14   factors engineering or may be just called human

15   factors.   I'm not sure of the exact title.

16       Q.    That is not the degree that you have;

17   correct?

18       A.    That's correct.

19       Q.    Your degree, I think, is in psychology and

20   sociology?

21       A.    That's correct.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 9

1        Q.    Have you had any courses in human factors

2   psychology as such?

3        A.    Yes.

4        Q.    What courses have had you?

5        A.    I took a course at the University of

6   Michigan.  It might have been called human factors

7   engineering.  I don't recall the exact title of the

8   course.

9        Q.    That was a two-week course?

10       A.    Yes.

11       Q.    Okay.  That's not a course that you get a

12  grade in; correct?

13       A.    That's correct.

14       Q.    It was a seminar type of course?

15       A.    Yes.

16       Q.    After you graduated from college, what was

17  your first job?

18       A.    I worked for the Department of Housing and

19  Urban Development, federal government.

20       Q.    Doing what?

21       A.    As a summer counselor.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 10

1   for example, I worked in the -- HUD, its

2   headquarters, I worked in the regional office in

3   California and I worked in the local government in

4   Montgomery County and worked in different places

5   within HUD and took courses on leadership, et cetera.

6       Q.    What was your next job?

7       A.    I worked for a year at the U.S. Department

8   of Housing and Urban Development in the New

9   Communities portion of the Community Development

10  Block Grant Program.

11      Q.    Then your next job?

12      A.    Then I went to the U.S. Consumer Products

13  Safety Commission in the Human Factors Division,

14  where I worked for 13 years.

15      Q.    What was the year that you started with

16  Consumer Products Safety Commission?

17      A.    1979.

18      Q.    What was your position when you started?

19      A.    Engineering psychologist.

20      Q.    What did you do as an engineering

21  psychologist?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

**Page 11**

```
1          A.    I did human factors work, where I analyzed

2    injury data, evaluated product designs, evaluated

3    warnings, wrote reports, prepared the information to

4    CPSC commissioners, attended voluntary standards

5    meetings, helped developed information and education

6    for consumers.  That's the kind of work that I did.

7          Q.    Is that the same work that you did

8    throughout the time that you were with the Consumer

9    Products Safety Commission?

10         A.    Yes.

11         Q.    And that commission is sometimes referred

12    to as CPSC?

13         A.    That's right.

14         Q.    If we talk about that, we'll be talking

15    about the same thing; correct?

16         A.    Yes.

17         Q.    All right.  What year did you leave CPSC?

18         A.    1992.

19         Q.    Why did you leave?

20         A.    I'm sorry.

21         Q.    Why did you leave?
```

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 12**

1    A.   Why?  Because I had a baby and I didn't

2  want to go back and work full-time.

3    Q.   Since 1992, what type of work have you

4  done?

5    A.   I have done safety consulting work, either

6  under my own name or as the Safety Behavior Analysis,

7  Inc. name.

8    Q.   You have a company that you do work

9  through?

10    A.   Yes.

11    Q.   What's the name of the company?

12    A.   Safety Behavior Analysis, Inc.

13    Q.   Is that the same company that you've had

14  throughout your private work?

15    A.   Well, for about a year of it, I wasn't

16  incorporated, so I was working as a sole proprietor.

17  After that, it was always that company.

18    Q.   So after that first year, you have always

19  worked through Safety Behavior Analysis, Inc.?

20    A.   Yes.

21    Q.   What is the business of Safety Behavior

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 13

1    believe have adequate warnings and instructions?

2         A.    Again, I have not studied every crib out

3    there.

4         Q.    Okay.  Of the cribs that you have studied,

5    are there any cribs that you believe that the

6    warnings are adequate, the instructions and warnings

7    are adequate?

8         A.    I don't recall at this time whether I came

9    up with that determination or not.  I don't recall

10   all the specific cribs that I looked at.

11        Q.    You mentioned earlier that you had worked

12   as an engineering psychologist.  You are not an

13   engineer; correct?

14        A.    That's correct.

15        Q.    You do not have an engineering degree?

16        A.    No.

17        Q.    And have not taken courses in engineering?

18        A.    That's correct.

19        Q.    You do not hold yourself out as an expert

20   in engineering?

21        A.    Correct.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 14

1      Q.    Do you agree that human factors psychology

2  and engineering are two separate fields of study?

3      A.    Repeat the question.

4      Q.    Do you agree that human factors psychology

5  and engineering are two separate fields of study?

6      A.    I do not agree necessarily with your

7  statement.   Human factors -- People that do human

8  factors work traditionally either have engineering

9  backgrounds or psychology.

10           Now, that there are courses specifically

11  with human factors, they kind of meld the two.  When

12  you get a degree in some of the universities, even

13  from the psychology school, the degree can be called

14  human factors engineering.  So there is some overlap

15  there.  There is overlap there.

16     Q.    You would agree that you are not qualified

17  to give engineering opinions?

18     A.    That's correct.

19     Q.    You are not licensed to practice

20  engineering in any state; correct?

21     A.    Correct.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 15

1        Q.    You have never worked as an engineer;

2   correct?

3        A.    Correct.

4        Q.    You have never designed a product as an

5   engineer?

6        A.    Correct.

7        Q.    You have never designed a crib?

8        A.    Correct.

9        Q.    You agree that you are not qualified to

10  offer engineering opinions with respect to a crib;

11  correct?

12       A.    Correct.

13       Q.    When you worked for CPSC, the work that you

14  did was as a psychologist as opposed to an engineer;

15  correct?

16       A.    Correct.

17       Q.    The work teams that were put together at

18  CPSC usually included an engineer that worked with

19  you; correct?

20       A.    Yes.

21       Q.    Were there certain products that you

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 16

1      A.    Joe Benavides.

2      Q.    And what information do you have as to

3  whether or not the crib was correctly assembled?

4      A.    We have a statement from him saying he

5  thought it was correctly assembled.

6      Q.    Do you have any evidence to establish that

7  it was not correctly assembled?

8            MR. MARK:  When?  At the time of initial

9  assembly?

10           MR. NELSON:  Right.  At the time that it

11  was assembled.

12           THE WITNESS:  I don't have any evidence

13  other than what's on the record, no.

14           BY MR. NELSON:

15     Q.    Do you have any evidence that the crib was

16  not correctly assembled when it was assembled by Joe

17  Benavides?

18     A.    No.

19     Q.    The condition of the crib immediately prior

20  to the accident, what information do you have as to

21  whether it was correctly assembled at that time?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 17

123

1          A.     There is no information.

2          Q.     Am I correct then, you have no information

3    that the crib was not properly assembled immediately

4    prior to the accident?

5          A.     There is no information on how -- on the

6    state of the crib prior to the accident.

7          Q.     Okay.   And, therefore, no information that

8    it was improperly assembled immediately prior to the

9    accident; correct?

10         A.     Correct.

11         Q.     The information that you have as to the

12   condition of the crib after the accident is what,

13   immediately after the accident?

14         A.     We have the testimony of the EMS and the

15   police and we have the police photos.

16         Q.     What is your understanding of the condition

17   of the crib immediately after the accident?

18         A.     Immediately after the accident, the drop

19   side rail was bent out to the left with the bottom

20   T-rail.   The bottom screw was still attached to the

21   crib and the T-rail was kind of bent out and the top

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 18

1    screw -- In order for it to get that way, the top

2    screw was missing, and the top T-rail side had been

3    disconnected from the top part of that T-rail.

4         Q.    You say that the T-rail, the bottom T-rail

5    was bent out.  Do you have a photograph to show us

6    what you're talking about?

7         A.    Yes.    Deposition Exhibit 11, Picture No.

8    16.

9         Q.    What you've handed me is the first page of

10   Deposition No. 11 that has the No. 16 to the

11   right-hand side of a photographs; is that correct?

12        A.    Yes.

13        Q.    Who do you understand took that photograph?

14        A.    The police department.

15        Q.    And the side rail in that photograph, is it

16   still attached to the crib at any point?

17        A.    Yes.

18        Q.    Where is it attached?

19        A.    That the side rail is still on the bottom

20   T-rail but the T-rail is partially bent away from

21   crib.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 19

1    A.    And they what?

2    Q.    They reattached it to take photographs?

3    A.    No.  The testimony, and I believe this is

4  Matt Barnett, said that the police tried to put the

5  side rail back on, but couldn't, so they propped it

6  up in front of the crib just to try to examine the

7  crib.

8    Q.    Are there any of the photographs that you

9  think are significant in depicting what may or may

10  not have been the condition of the crib immediately

11  prior to the accident?

12    A.    Well, I think we already discussed this,

13  but to me, Photograph 16 was the most significant

14  one, and we talked about the fact that in order for

15  it to get that way, it gives you an indication of how

16  it was beforehand.

17    Q.    We did talk about that photograph, and

18  that's why I'm asking you if there are any other

19  photographs that you thought were significant in

20  depicting the condition of the crib immediately prior

21  to the accident.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 20

1      A.    No.

2      Q.    Okay.

3      A.    Let me just modify that slightly.   Other

4   than when you look at other -- One of the reasons a

5   lot of this type of entrapment occurs between the

6   mattress support and the side rail is because the

7   mattress support system is compromised and bends down

8   and is partly unhooked and becomes diagonal and

9   allows more space.

10          So looking at these photos, for example, I

11   can see that that wasn't the case in this particular

12   crib.   So, in that sense, looking at the other photos

13   were significant to say that that wasn't a cause.

14          MR. NELSON:  Okay.  I'm going to object as

15   non-responsive.

16          BY MR. NELSON:

17      Q.    What I'm really trying to see is are there

18   any other photographs that you think best depict what

19   you believe that the condition of the crib was

20   immediately prior to the accident, other than

21   Photograph 16, Deposition Exhibit 11?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 21**

1    A.    No.

2    Q.    Are there any other photographs that you

3    think are particularly significant to the opinions

4    that you formed in this case, other than that

5    particular photograph?

6    A.    Are you talking about photographs only of

7    the crib or also of the child?

8    Q.    Any photographs.  What I want to do is, I

9    don't want to take your time, other than to just talk

10   about the photographs that you think are particularly

11   important to the opinions that you formed, so I want

12   to get those and separate those from the ones that

13   are not that significant to you.

14   A.    As far as the crib is concerned and how it

15   might or might not have been assembled, Photo 16 is

16   the only one.

17   Q.    Okay.  Now, let's take any photographs

18   with respect to your opinions.  Are there any other

19   photographs that are significant, particularly

20   significant to your opinions in this case, other than

21   that one photograph?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

**Page 22**

144

1     A.    Well, I first tested it without removing

2    any screws.

3     Q.    Let's start there.

4     A.    Okay.

5     Q.    If the crib is assembled according to the

6    instructions that are given, there cannot be enough

7    gap created for the infant to have fallen through;

8    correct?

9     A.    Correct.

10     Q.    You confirmed that with the testing that

11    you did?

12     A.    Correct.

13     Q.    If the crib is not assembled correctly, and

14    you remove a screw from the bottom left T-rail, you

15    test it to determine whether it would create an

16    opening large enough for the infant to become

17    trapped; correct?

18     A.    In the position that she was alleged to be

19    entrapped in, yes.

20     Q.    Okay.  You did that test?

21     A.    Yes.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

**Page 23**

1     Q.   And that test confirmed that that would not

2 have created enough space for the infant to become

3 trapped; correct?

4     A.   Correct.

5     Q.   Then you did another test where you

6 detached the lower right T-rail determine whether

7 that would create enough gap for the child to become

8 entrapped; correct?

9     A.   Again, I reattached the screw first.  I

10 want to make sure you're correct on that because you

11 attach the one thing.  And, again, in the position

12 that she was alleged to be in, that one thing alone,

13 was not large enough to create that opening, yes.

14     Q.   You confirmed that they could have even had

15 the T-rail not in the track on one side and that

16 would not have created enough space for the child to

17 become trapped; correct?

18     A.   Where she was alleged to become entrapped,

19 yes.

20     Q.   Well, there is no other -- I mean -- Well,

21 then you did a further test where you took a screw

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 24

1    out on one side on the bottom left T-rail; correct?

2        A.    Yes.

3        Q.    And then you also took the side rail out of

4    the track on the lower right T-rail correct?

5        A.    Yes.

6        Q.    You tried it with both of those not

7    assembled correctly --

8        A.    Correct.

9        Q.    -- and tested that; correct?

10       A.    Correct.

11       Q.    And based upon that test, what you

12   concluded was the opening appears large enough to

13   entrap a child where the infant was found; correct?

14       A.    Correct.

15       Q.    Okay.  That's what you stated in your

16   report, that it appears large enough; correct?

17       A.    Correct.

18       Q.    You didn't confirm that with an actual

19   wedge or doll or some type of figure; correct?

20       A.    Correct.

21       Q.    The other test that you were talking about

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 25**

1    used.  Are you aware of any company that manufactures

2    a crib using a continuous T-rail?

3         A.    No.

4         Q.    Have you developed any drawings for such a

5    crib?

6         A.    No.

7         Q.    Okay.  Develop any drawings to show that

8    design would be outside your scope of expertise,

9    would it not?

10        A.    To do the official engineering drawings, I

11   would say, yes.

12        Q.    That's not something that you have ever

13   done as part of your work, is to draft the design of

14   a particular product; correct?

15        A.    I don't know what you mean by "draft the

16   design."

17        Q.    You understand there's drawings that have

18   to be drawn up for a product to be manufactured?

19        A.    Are you talking about blueprints?

20        Q.    Yes.

21        A.    Have I ever drawn blueprints, no.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 26

1    Q.    That's what would be used to manufacture a

2    different design of the T-rail, other than the one

3    that Stork Craft used; correct?

4    A.    Yes.

5    Q.    In this case, are you aware of the manner

6    in which the mattress support is attached to the

7    crib?

8    A.    Yes.

9    Q.    There has been deposition testimony that

10   you have given where you have cited that as being a

11   good design; correct?

12   A.    Yes.   A better design than when you have

13   got the hooks on there.

14   Q.    If you used a continuous T-rail for the

15   side rails, you would not be able to attach the

16   mattress support in the manner in which it's attached

17   to the present design; correct?

18   A.    Correct.

19   Q.    Have you developed any alternative way to

20   attach the mattress support if you used a continuous

21   T-rail?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 27

1      A.    No, but I have seen other designs.

2           MR. NELSON:  Object as non-responsive.

3           BY MR. NELSON:

4      Q.    Have you developed any alternative design

5  so that if you used a continuous T-rail for this

6  particular crib?

7      A.    No.

8      Q.    Have you done any testing to determine

9  whether moving the mattress support from the position

10 that it's in would affect the structural integrity of

11 the crib?

12     A.    Have I done any testing to that effect?

13     Q.    Right.

14     A.    No.

15     Q.    Have you done any studies to determine the

16 incident rate for the subject crib being

17 misassembled?

18     A.    No.

19     Q.    Have you done any studies to determine how

20 the misassembly rate of the subject crib would

21 compare to other cribs?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 28

1        A.     No.

2        Q.     Have you have done any studies to determine

3    whether a continuous T-rail design would more or less

4    likely to be misassembled than the T-rail system used

5    on the subject crib?

6        A.     What is your definition of "studies" in

7    this case?

8        Q.     What's your definition of "studies"?

9        A.     Well, in my work on this case, in looking

10   at why it could be misassembled and miss the bottom

11   rail, it's because you have to put it on the top two

12   rails and then you have to go down and also get it on

13   the bottom two rails.  So, if you call that a study,

14   then making it a continuous rail, you can't miss the

15   bottom rails because once you get it on the top, it

16   slides all the way down.

17             MR. NELSON:  Object as non-responsive.

18             BY MR. NELSON:

19       Q.     What you've described is what you did when

20   you were using the subject crib; correct?

21       A.     Yes.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 29

1    Q.    As far as using a single T-rail system, you

2    have never done anything to see if that type of

3    system is more or less likely to be misassembled;

4    correct?

5    A.    If by, "done anything," you mean, did I

6    bring people in and have them assemble it and see

7    what happens, no, I did not do that.

8    Q.    Okay.  You have not done that, nor have you

9    assembled or disassembled a continuous T-rail crib to

10   see if it's more or less likely to be misassembled;

11   correct?

12   A.    Correct.

13   Q.    If someone were to design a continuous

14   T-rail system, that would need to be someone, other

15   than yourself, that would have the expertise to

16   design that system; correct?

17   A.    Correct.

18   Q.    You have done no studies to determine

19   whether that particular design would be safe or less

20   safe than the subject crib design; correct?

21   A.    You asked me this a few minutes ago.  We

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 30

1    went through the discussion a few minutes ago, I

2    don't have anything to add to it.

3         Q.    It would be easier if you just answer my

4    question, because if I've forgotten, I've forgotten,

5    but I want to ask you.

6              Have you done any studies to determine

7    whether the single T-rail system would be as safe or

8    less safe or more safe than the subject crib design?

9         A.    Again, it depends on what you define

10   "studies."  I explained what I define "studies,"

11   because that's what you asked me to do, and then I

12   explained that, yes, it would make a difference.

13             I don't have anything to add to what I

14   explained a couple minutes ago.

15        Q.    So you have not done any studies with other

16   people using that type of design to see if it's more

17   or less likely to be misassembled?

18        A.    That's correct.

19        Q.    And you have done nothing to determine

20   whether it would be more or less safe than the

21   subject crib?

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 31

1          A.     That is incorrect.  As I said --

2          Q.     What have you done to determine that a

3    single T-rail system crib would be more safe than the

4    subject crib T-rail?

5          A.     And, again, you look at logic.  With the

6    two-rail system, when you --

7          Q.     No.  I'm asking you what you've done.

8          A.     Well, this is what -- Analysis is what I've

9    done.  I did a safety analysis.  The analysis is --

10         Q.     Okay.  What single T-rail system have you

11   analyzed to compare with this system?

12         A.     I have analyzed the concept.  I have not

13   analyzed an actual single rail, but I've analyzed the

14   concept because the concept of the two-rail system is

15   that you miss the bottom rail on the way down.  When

16   you have a single rail system, you can't miss the

17   bottom rail because it's one continuous rail.

18         Q.     Are you sure that you can't miss with a

19   single continuous rail system?

20         A.     When you're at eye level and you're putting

21   it in the side rail into the system, you're at eye

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 32**

1   level, you can see that you've made it, then once

2   it's on the track, it would stay on the track.

3       Q.    Name the number of occasions where you've

4   done that to establish that to be a fact.  Have you

5   done that 20 times to see if it is more or less

6   likely to be misassembled?

7       A.    I have not done it.  I said, I did an

8   analysis.

9       Q.    So you haven't done it a single time, is

10  that your testimony?

11      A.    That's correct.

12      Q.    Have you done any studies to determine

13  whether a single continuous T-rail system would

14  present other problems that could be a safety hazard?

15      A.    No.

16      Q.    So you don't know that that would

17  necessarily be a safer design; correct?

18      A.    For the hazard that we're discussing, it's

19  a safer design.

20      Q.    Yes, but you can't -- you can't look at one

21  hazard, you have to look at the overall safety of the

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 33

1      Q.    You can refer to your report, if you would

2    like, I would like for you just to list for me the

3    opinions that you developed in this case.

4      A.    Okay.    Exhibit 4, Page 23 have the

5    opinions with the bases in both this report and in

6    the other report.

7      Q.    Ms. Deppa, would you list for me the

8    opinions that you have developed in this case?

9      A.    Yes.

10     Q.    Number one?

11     A.    The product is defective and unreasonably

12   dangerous as designed because it presents an

13   entrapment asphyxiation hazard and by design it

14   includes both the design and the warnings.

15     Q.    You agree, and I believe you already have

16   testified --

17     A.    Can I just interrupt?    Did you want me to

18   list all of the opinions?

19     Q.    We'll get to that.

20     A.    Oh, because you stopped me after one, even

21   though you asked me to list them all.    Okay.    I'm

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 34

1    sorry, you asked them to list them all, I didn't know

2    if you wanted me to continue answering your question

3    before you asked another one.

4         Q.    Why don't you go ahead?

5         A.    Okay.  You said that one answered and then

6    you --

7         Q.    Sure.

8         A.    The manufacturer should have foreseen the

9    hazard of drop rail misassembly which resulted in

10   dislodgement and entrapment asphyxiation hazard when

11   the consumer was using the product in a reasonably

12   foreseeable manner and the hazard was unforeseen to

13   them.

14            Those are my three opinions in this case.

15        Q.    Okay.  Are those the three opinions to

16   which you intend to testify at time of trial?

17        A.    Yes.

18        Q.    Any other opinions?

19        A.    No.  There's a lot of bases under those

20   opinions that I consider bases.

21        Q.    Okay.  I think you referenced me to a

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

**Page 35**

1    certain page on your report.

2         A.    Exhibit No. 4, Page 23.

3         Q.    If the crib is installed properly,

4    according to the instructions, it does not create an

5    entrapment hazard; correct?

6         A.    If you mean if it was assembled according

7    to the instructions and it was in that same assembly

8    state, then I would agree that it doesn't present an

9    entrapment hazard.

10        Q.    Okay.   If the crib is assembled according

11   to the instructions and the warnings are followed by

12   the user, so that they check to see if there are

13   parts missing or broken, the crib does not create an

14   entrapment hazard; correct?

15        A.    Correct.

16        Q.    In this case, you do not know if the crib

17   was misassembled or not misassembled at the time that

18   it was originally assembled; correct?

19        A.    Say it again.

20        Q.    At the time this particular crib was

21   assembled by Joe Benavides, you don't know if it was

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 36

1    assembled correctly or incorrectly; is that right?

2         A.    Based on discovery information, I don't

3    know that.    Based on how the crib ended up and in

4    order to get it to end up in that position, it is my

5    opinion that it was not assembled correctly.

6         Q.    You have no information from anybody that

7    saw the crib at the time that it was assembled upon

8    which to base an opinion that it was misassembled;

9    correct?

10        A.    Correct.

11        Q.    In fact, the testimony that you do have in

12   the form of an affidavit is that it was assembled

13   correctly; correct?

14             MR. MARK:   Objection.

15             THE WITNESS:   That he thought it was

16   assembled correctly.

17             BY MR. NELSON:

18        Q.    Correct?

19        A.    Correct.

20        Q.    You have no testimony from anybody else

21   that they saw anything that indicated that it was

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 37

1   misassembled; correct?

2        A.   Correct.

3        Q.   Did the warnings and instructions that were

4   attached to the crib in any way -- strike that.

5             Did the warnings that were attached list

6   the warnings that were recommended by the ASTM

7   standard?

8        A.   Yes.

9        Q.   Did they fail to provide any warnings that

10  were recommended by the ASTM standard?

11       A.   No.

12       Q.   Do you have any complaint about the

13  instructions and warnings that were provided with

14  this crib?

15       A.   Yes.

16       Q.   What is your complaint?

17       A.   Well, the first deficiency is that a

18  warning is supposed to present the hazard, the

19  consequences and instructions for avoiding the

20  hazard.  The warning gives you the consequences which

21  is serious injury or death and how to avoid the

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 38

1    hazard, but it does not tell you what the hazard is,

2    which is entrapment or falls.

3            Secondly, I have -- the second deficiency

4    is in the location of the warnings.   The warnings

5    should have been -- and there is only actually a

6    couple of warnings, should have been separated out

7    from the instructions and put in a conspicuous

8    location to be able to serve as a reminder to the

9    person using the crib.

10       Q.    Have you finished?

11       A.    Yes.

12       Q.    Have you now given us as specifically and

13   in as much detail as you can your complaints with the

14   warnings and the instructions that were provided with

15   the subject crib?

16       A.    Oh, no, I haven't.   I was dealing with

17   warnings.

18            With instructions, the instructions aren't

19   clear enough to put the crib together.   It's not

20   clear.   If you try to follow the instructions, it's

21   difficult to do and the instructions weren't clear

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 39

1   enough to make sure you don't miss that bottom rail.

2   That's discussed in the report, earlier in the

3   report, and also on Page 18 when I discuss how the

4   instructions are not easy to read and understand

5   because they are not specific enough as to try to put

6   it together.

7       Q.   Have you now told us specifically, in as

8   much as detail as you can, all of your complaints

9   about the warning and instructions that were provided

10  with the subject crib?

11      A.   Yes.

12      Q.   Other than yourself, do you know of anybody

13  that's attempted to assemble this subject crib?

14      A.   No.

15      Q.   Where, in your opinion, should the warnings

16  have been placed?

17      A.   The warnings should have been placed in a

18  conspicuous location so that in your everyday use of

19  the product that it would be -- Let me just quote

20  some -- so that they are visible in your

21  manufacturer's use position.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 40

1            So it could have been inside the headboard

2    or footboard.  It could have been on the drop side

3    rail.

4            We are not talking about everything that's

5    on the instructions, we are talking about just the

6    warnings part of it.

7        Q.    Okay.  Have you drafted instructions that

8    you think would have been sufficient in this case?

9        A.    No.

10       Q.    Have you drafted warnings that you think

11   should have been provided in this case?

12       A.    No.

13       Q.    Can you point to any manufacturer whose

14   instructions and warnings you think should have been

15   followed or copied by the manufacturer of this crib?

16       A.    I give an example of a manufacturer who had

17   a clearer warning about how to put the T-rails

18   together.

19       Q.    Who is that?

20       A.    It was Costco.

21       Q.    You have testified in other cases that

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 41

1   Costco's instructions and warnings were not

2   sufficient; correct?

3       A.    For other reasons, yes.

4       Q.    In this case, if there was a misassembly of

5   the crib, would it have been the failure to attach

6   the screw and to get the side rail in the track on

7   the T-rail?

8           MR. MARK:  On the right side?

9           MR. NELSON:  Yes.

10          THE WITNESS:  Yes.   It would have either

11   been that or when you are talking about the screw,

12   that the screw might have been attached and it came

13   back out again.

14          It's unclear, for example, because the

15   particular screw in question has a spreading dowel

16   that is now protruding from the crib, that if that

17   protruding dowel may have been a factor, it means --

18   which may have let the screw come back out again if

19   that's how it originally was.

20          BY MR. NELSON:

21       Q.    We don't know if that's true one way or the

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 42

1    other; correct?

2        A.    We don't know.

3        Q.    You do know that the crib had been

4    assembled and disassembled at least once or twice

5    before you ever saw it; correct?

6        A.    Yes.

7        Q.    When you got it in December of 2003, do you

8    know how many times it had been disassembled and

9    reassembled?

10       A.    The only record that exists on that is that

11   it was, of course, it was initially assembled, that

12   one side rail was disassembled and then reassembled

13   and then the whole thing was disassembled.

14           So on the side rail, we know that went on

15   and off a couple times.  I don't know about the rest

16   of crib, whether it was assembled or disassembled,

17   whether it was only assembled the one time and, yet,

18   one of those screws -- There was a second threaded

19   insert that wasn't in, it was on the non-accident

20   side and it may not have ever been reassembled, that

21   side.

1          According to John Preston, there has been a

2    problem with threaded inserts.

3          And we already discussed the fourth one.

4    We're talking again about bases for opinions, talking

5    about alternative designs.  We have talked about the

6    T-rail before and how it could have been continuous

7    and had more screws in it.

8          Some other possibilities they could have

9    done with the T-rails is at the factory, the factory

10   could have installed the T-rail, which included the

11   spreading dowel and the screw and it would have

12   eliminated that possibility of misassembly, and there

13   were other cribs on the market or have been other

14   cribs on the market that have had their T-rails

15   installed at the factory, such as the Costco crib.

16        Q.    And the Costco crib is, of course, the one

17   that you have been involved in several occasions,

18   where you have opined that it was defective; correct?

19        A.    Well, this particular crib, where they had

20   at installed --

21        Q.    Just --

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 44

1       A.   Wait a minute.   No.   I'm answering your

2    question, please.   Let me finish.

3       Q.   Why don't you first answer my question then

4    if, you want to add something to it --

5       A.   Well, one answer would be no.   The

6    official answer would be no because the crib that I'm

7    discussing where the T-rails were already attached

8    were the predecessors Costco cribs, which were the

9    safe cribs.   Then they unattached the T-rails and let

10   the consumers put them on and reduced the number of

11   slots in the platform and that's what caused the

12   problem, those things together.

13            So the crib I'm referencing now is the

14   safer crib that did not have that problem.

15            We talked about alternative designs to the

16   T-rail and one being the rod system.   There's

17   another system called the hidden hardware system

18   which my research has been around for seven years and

19   it has a system where the channels, instead of being

20   external channels, they are internal channels to

21   either the ends or to the side rails.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599   Fax 301-279-8903
1-888-319-8001

Page 45

1        That's what I have to add to what we've

2    already discussed.

3        Q.   Okay.   Have we discussed your bases for

4    the opinion that the crib was defective?

5        A.   Yes.

6        Q.   Okay.  Are you aware of any tests that are

7    required for a manufacturer of a crib to put its

8    cribs through that this crib was not put through?

9        A.   Could you repeat the question?

10       Q.   Are there regulations concern the types of

11   tests that a crib manufacturer is to put its crib

12   through?

13       A.   Are there types of tests, yes.

14       Q.   And, to your understanding, did this

15   particular crib go through all those tests?

16       A.   Yes.

17       Q.   Was the infant in this case able to stand

18   up?

19       A.   I think there's a little bit of controversy

20   on whether she was or she was not.   It sounded like

21   she was just starting to stand up by pulling up on

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 46







DEPOSITION
EXHIBIT

#16

CERTIFICATE OF COURT REPORTER AND NOTARY PUBLIC

1

2          I, Roberta A. Dolos, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly sworn by

6    me; that said testimony was taken stenographically by

7    me and thereafter reduced to typewriting under my

8    direction; that said testimony is a true and accurate

9    record of the testimony given by said witness to the

10   best of my knowledge and belief; that I am neither

11   Counsel for, related to, nor employed by any of the

12   parties to the action in which this deposition was

13   taken; and further, that I am not a relative or

14   employee of any attorney or counsel employed by the

15   parties thereto, nor financially or otherwise

16   interested in the outcome of this action.

17

18   _____
     Roberta A. Dolos
19   Notary Public in and for the
     State of Maryland
20

21   My commission expires:  August 1, 2004.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

Page 48

**Exhibit "_____"**



# COSCO®

## Crib Instructions

Save for future reference.

Note: it may be easier to assemble crib with two people.

Tools needed:
Phillips screwdriver,
3/8" or adjustable wrench,
rubber mallet

Parts included: Parts may not appear the same as these illustrations. However, the assembly method remains the same.

If you are missing parts or have any questions about this Cosco product, contact us first! If you live in the United States, you can call Cosco at 1-800-544-1108 from 8 a.m. to 4 p.m EST. In Canada, call 1-800-387-2229 from 8 a.m. to 4:30 p.m. EST.

You can also order parts by writing to the appropriate address below. Include the product model number, color and a brief description of the part.

Cosco Inc.
2525 State Street
Columbus, IN 47201
USA

In Canada only:
Dorel Industries Inc.
4750 des Grandes Prairies
Montreal, Quebec H1R 1A3

## WARNINGS:

**Failure to follow these warnings and assembly instructions could result in serious injury or death.**

- Read all instructions before assembling crib. KEEP INSTRUCTIONS FOR FUTURE USE.

- Before each usage or assembly, inspect crib for damaged hardware, loose joints, missing parts or sharp edges. DO NOT use crib if any parts are missing or broken. Ask your dealer or write to manufacturer for replacement parts and instructional literature if needed. DO NOT substitute parts.

- Check fasteners periodically for tightness. Do not over tighten. This may cause distortion or breakage overnighten.

---

## 1  Use this diagram for Steps 1, 2, and 7.

Lay both end panels on the floor with holes facing up. Position upper and lower tracks next to holes as shown.

## 2  Upper tracks

NOTE: Use the 8 flat head screws to attach tracks.

## Lower tracks

Position bottom holes in lower tracks over lowest holes in end panel. Then slip screws into the tracks with holes. Secure with screws.

Attach upper track to end panels (See Step 1 for location).

## 3  Connectors

For a washer onto a round head screw and insert into connector as shown. While holding in place with screwdriver, attach connector to end panel (see diagram 1). Repeat for other connectors.

## 4  Caster sockets

Tap caster sockets onto legs with rubber mallet. Make sure sockets are secure

## 5  Stationary side to end panels

Fit stationary side onto connectors on one end panel. Align holes and secure with 2 screws (See below for location). Repeat for other end panel. Tighten all 4 screws.

## 6  Mattress platform hangers

Insert platform hangers into ends of mattress platform. Align holes. Attach with screws Tighten screws securely

## 7  Mattress platform to crib

Mattress platform may be adjusted to 3 positions. (The highest position may be best for infants.) With hangers turned up as shown, bolt hangers into threaded inserts and end panels with key lock bolts. Do two back hangers first



**10 Casters**

Push casters into legs.

**1335**

Whatever items you can't hang on their platform – height in the same manner. Always fasten cradle securely. Make sure mattress platform is level. Do not anchor at an angle.

**9 Drop side to crib:**

Pull with petroleum jelly on tracks for easier operation.

Make sure metal clips on lower rails are to the outside of the crib.

- Insert one lower rail guide about 1/2" (2.54 cm) into slot for other end. Repeat for other side.
- Slip lower guides onto crib posts.
- Push drop side until it rests into position.

marked **"RIGHT"**

Lower right guide with clip

Flat side

**8 Guides to drop side**

Before starting this step, Lay out all parts exactly as shown below.

Flat side facing you

hole on top

hole on top

clip end down

- Position guides exactly as shown. Secure right guide(s) by inserting into position from one area as shown on their holes. Secure with screws. Crib the OUTSIDE OF crib bottom step by step. When assembled, this locking device will fit. Tighten completely.

marked **"LEFT"**

Lower left guide with clip

Flat side

hole on top

Align holes

**Using drop side**

To raise side, lift top rail center until it snaps into place.

To lower side and release from top, locked position, place hand at center of top rail. Lift, as you press in with legs at center bottom.

Now, push down to lower side.

Press in

**Disassembling crib**

Remove casters. Lower drop side. Press in on lower track snap tabs on one end and slide rail off track.

Repeat for other end and remove drop side.

Remove mattress platform by removing hangers from threaded inserts. (See "Mattress platform to Crib").

To remove stationary side, reverse Step 5. Save hardware for future use. You may want to save carton for crib storage.

**Trouble shooting:**

If drop side doesn't operate smoothly or lock properly:
- Lubricate tracks on end panels with lubricating jelly.
- Check crib alignment. Have two people stand at opposite (diagonal) corners and push end posts toward center until drop side operates properly. If you move the crib to another location, it may be necessary to repeat this procedure to realign crib
- Make sure crib is level. Casters and caster sockets must both be inserted completely. If floor is unlevel, you will need to move the crib to another location.
- Check plastic tracks. If they are installed too tightly, they can "bow" slightly and prevent drop side from working. Loosen

screws 1/4 turn. Be careful not to loosen screws too much or drop side may come off.
- Check drop side clearance. If bedding tucked down between the mattress and drop side can interfere with proper operation. Move bedding out of the way.

If metal clips snaps out of lower rail guide.

Hook end of straight side of clip over point 1 and curved side of clip over point 2. Push up with thumb on bottom (on straight side) of clip so that curved side of clip snaps over into the center and flat side of clip is against side of guide.

curved side of clip

straight side of clip

- Keep wall decoration, especially those with strings, completely out of child's reach.
- If reframing, use a non-toxic finish specified for children's products
- DO NOT leave child in crib with side lowered. Be sure side is in raised and locked position whenever child is in crib
- When child is able to pull to standing position, set mattress to lowest position and remove bumper pads, large toys and other objects that could serve as steps for climbing out
- Never use plastic shipping bags or other plastic film as mattress covers because they can cause suffocation
- Do not tie pacifiers, necklaces, or any other items around child's neck or on the crib parts. This could cause strangulation.
- DO NOT use a water mattress with this crib.
- Any mattress used in this crib must be at least 27 1/4" by 51 5/8" (69 x 181 cm) with a thickness not exceeding 6" (15 cm)
- The American Academy of Pediatrics recommends that babies be placed on their backs. Based on your doctor's advice, it may be preferable for some babies to be placed on their stomachs. Do not place extra padding, blankets, quilts, pillows, toys or stuffed animals near baby's head or under baby.
- Parents should ensure a safe environment for the child by checking regularly, before placing the child in the product, that every component is properly and securely in place.

**Care and Cleaning:**

Do not scratch or chip the finish. Do not use abrasive chemicals for cleaning. Clean with mild soap on a soft rag. Rinse and dry thoroughly.

If you ever refinish this furniture, be sure to use only a non-toxic finish specified for children's products

**COSCO**
A Dorel Company

**MADE IN USA**

# COSCO

## SnapTrac™ Easy Assembly

Save for future reference.

Tools needed: Phillips screwdriver, 3/8" or adjustable wrench

Note: it may be easier to assemble crib with two people.

If you are missing parts or have any questions about this Cosco product, contact us first! If you live in the United States, you can call Cosco at 1-800-544-1108 from 8 a.m. to 4 p.m. EST. In Canada,   1-800-587-2229 from 8 a.m. to 4:30 p.m. EST.

You can also order parts by writing to the appropriate address below. Include the product model number, color and a brief description of the part.

Cosco Inc.
2525 State Street
Columbus, IN 47201
USA

In Canada only:
Dorel Industries Inc.
4750 des Grandes Prairies
Montreal, Quebec H1R 1A3

## WARNINGS:

**Failure to follow these warnings and assembly instructions could result in serious injury or death.**

- Read all instructions before assembling crib. KEEP INSTRUCTIONS FOR FUTURE USE.
- Before each use or assembly, inspect crib for damaged hardware, loose joints, missing parts or sharp edges. DO NOT use crib if any parts are missing or broken. Ask your dealer or write to manufacturer for replacement parts and instructional literature if needed. DO NOT substitute parts.

Parts included:  Parts may not appear the same as these illustrations. However, the assembly method remains the same



Drop side (guides on ends of rails)

4 caster sockets

Stationary side

4 casters

Left end panel

Right end panel

4 stationary side connectors

4 mattress platform hangers

Mattress platform

4 washers

4) bolts

12) #10 screws

0745

① ② Caster sockets

③ Connectors

④ Attaching stationary side to end panels

⑤ Mattress platform hangers

⑥ Attaching mattress platform

Page 51

0746



### Using drop side

Lift and pull
outward

Press

To raise side, lift top rail center until it snaps into place. To lower side and release from top, locked position, place hand at center of top rail. Lift and pull outward as you press on web leg at center bottom. Now push down to lower side.

careful not to loosen screws too much or drop side may come off

- Check drop side clearance. Bedding tucked down between the mattress and drop side can interfere with proper operation. Move bedding out of the way to use drop side.

If metal clip snaps out of lower rail guide:
Hook end of straight side of clip over point 1 and curved side clip over point 2. Push up with thumb on bottom (straight side) of clip so that curved side of clip snaps over onto the center and curved side of clip is against side of guide

curved side of clip

straight side of clip

### Adjusting mattress platform height

overnighter. This may cause suffocation or hazard.
- After raising side, make sure it is locked in place.
- When child is able to climb out, reaches the height of 35 in. (90 cm) or when the height of the side rail is less than 3/4 of the child's height, the crib shall no longer be used.
- DO NOT place a crib near window where cords from blinds or drapes may strangle a child.
- Keep wall decorations, especially those with strings, completely out of child's reach.
- If refinishing, use a non-toxic finish specified for children's products.
- DO NOT leave child in crib with side lowered. Tie the side in as raised and locked position wherever child is in crib
- When child is able to pull to standing position, set mattress to lowest position and remove bumper pads, large toys and other objects that could serve as steps for climbing out
- Never use plastic shipping bags or other plastic film as mattress covers because they can cause suffocation
- Do not use pacifiers, necklaces, or any other items around child's neck or on the crib parts This could cause strangulation
- DO NOT use a water mattress with this crib
- Any mattress used in this crib must be at least 27 1/4" by 51 5/8" (69 x 131 cm) with a thickness not exceeding 6" (15 cm).
- Use a crib as a crib, not as a play pen. Remember that a crib is not a substitute for a parent's supervision
- Parents should ensure a safe environment for the child by checking regularly, before placing the child in the product, that every component is properly and securely in place.

### 7 Attaching drop side

Make sure metal
clips on lower rails
are to the outside
of crib.

right
upper
track

right
lower
track

metal

### 8 Attaching casters

### Trouble shooting:

If drop side doesn't operate smoothly or lock properly:

- Lubricate tracks on end panels. Plastic tracks are lubricated during production. If drop side does not operate smoothly after being raised and lowered several times, additional lubrication with petroleum jelly may be necessary
- Check crib alignment. Have two people stand at opposite (diagonal) corners and push end posts toward center until drop side operates properly. If you move the crib to another location, it may be necessary to repeat this procedure to realign crib
- Make sure crib is level. Casters and caster sockets must both be inserted completely. If floor is unlevel, you will need to move the crib to another location
- Check plastic tracks. If they are installed too tightly, they can "bow" slightly and prevent drop side from working. Loosen screws 1/4 turn. Be

### Disassembling crib

Remove casters. Lower drop side. Press in on lower track stop tabs on one end and slide rail off rack. Repeat for other end and remove drop side

Remove mattress platform by removing hangers from mattress platform brackets (See "Adjusting mattress platform height")

To remove stationary side, reverse Step 4

Save hardware for future use. You may want to save cation for crib storage

### Care and Cleaning:

Do not scratch or chip the finish. Do not use abrasive chemicals for cleaning. Clean with mild soap on a soft rag. Rinse and dry thoroughly, and wax occasionally.

If you ever refinish this furniture, be sure to use only a non-toxic finish specified for children's products

MADE IN
USA

COSCO
A Dorel Company

Page 52